In the

# United States Court of Appeals

For the Eleventh Circuit

_____

No. 21-11974

_____

DUKES CLOTHING, LLC,

                                                  Plaintiff-Appellant,

*versus*

THE CINCINNATI INSURANCE COMPANY,

                                                  Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 7:20-cv-00860-GMB

_____

JUDGMENT

2                                                                                          21-11974

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: June 6, 2022

For the Court: DAVID J. SMITH, Clerk of Court